UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| KEITH KING,<br><br>    *Plaintiff,*<br><br>v.<br><br>INDIVIOR, INC., *ET AL.*,<br><br>    *Defendants.* | Case No. 1:23-cv-01924-BMB<br><br><br>Hon. Pamela A. Barker |
| **STIPULATION FOR EXTENSION OF TIME TO RESPOND<br>OR OTHERWISE PLEAD** | |

  Subject to and without waiver of any jurisdictional defenses, Defendants Indivior Inc., Indivior Solutions Inc., Indivior PLC, Aquestive Therapeutics, Inc. f/k/a MonoSol Rx, LLC, Reckitt Benckiser LLC, and Reckitt Benckiser Healthcare (UK) Ltd. (collectively, "Defendants") and Plaintiff have jointly stipulated to extend the time for: (1) Defendants to move, answer, or otherwise plead in response to Plaintiff's Complaint, (2) Plaintiff to respond to any such motion or pleading, and (3) Defendants to reply to same.

  The parties have further agreed and stipulated that the deadlines shall be as follows:

  a. Defendants shall have up to and including **February 29, 2024**, to move, answer, or otherwise plead in response to Plaintiff's Complaint;

  b. Plaintiff shall have up to and including **April 15, 2024,** to respond to Defendants' motion, answer or other responsive pleading; and

  c. Defendants shall have up to and including **May 6, 2024**, to reply to Plaintiff's responsive filings.

1

The Parties' entry into this stipulation shall not constitute a waiver of any defenses that may be available under Rule 12, Rule 9, Rule 8, or any other Federal Rule of Civil Procedure. including jurisdictional defenses, or a waiver of any statutory or common-law defenses that may be available to any Defendant in this action or any other matter in this jurisdiction. Defendants expressly reserve their rights to raise any such defenses in response to any operative or amended complaint that may be filed relating to this action, and Plaintiff will not argue there has been any such waiver.

Pursuant to Fed. R. Civ. P. 4, Defendants signed waivers of service making the original response date in this matter January 30, 2024, for the entities located in the United States and February 29, 2024, for entities located outside the United States. Since this case is currently subject to and awaiting a ruling from the Judicial Panel on Multidistrict Litigation on the formation of an MDL regarding Suboxone Film, this stipulation is not for the purposes of delay and will not cause prejudice to any Party. Rather, the purpose of this stipulation is to promote efficiency so that the Parties have one briefing schedule as these deadlines will be similarly requested in the other cases filed in the Northern District of Ohio as well as other courts where waivers have been received and executed by Defendants.

Dated: December 26, 2023   Respectfully submitted,

**SUTTER O'CONNELL**

By: */s/ Denise A. Dickerson*
Denise A. Dickerson (#0064947)

1301 East 9th Street
3600 Erieview Tower
Cleveland, Ohio 44114
Tel: (216) 928-2200
Fax: (216) 928-4400
ddickerson@sutter-law.com

        Randall L. Christian
        N.D. Ohio Bar No. TX783826
        BOWMAN AND BROOKE LLP
        2901 Via Fortuna Drive, Suite 500
        Austin, Texas 78746
        Tel: (512) 874-3811
        Fax: (512) 874-3801
        Randall.Christian@bowmanandbrooke.com

*Attorneys for Defendants Indivior Inc., Indivior Solutions Inc., Aquestive Therapeutics, Inc. f/k/a MonoSol Rx, LLC, Reckitt Benckiser LLC, and Reckitt Benckiser Healthcare (UK) Ltd.*


*/s/ Ashlie Case Sletvold*
Ashlie Case Sletvold
Marilyn K. Ukropina
Heaven N. Jaafar
PFEIFFER WOLF CARR KANE
 CONWAY & WISE, LLP
6370 SOM Center Road, Suite 108
Cleveland, Ohio 44139
Tel: (216) 589-9280
asletvold@peifferwolf.com
mukropina@peifferwolf.com
hjaafar@peifferwolf.com

Jennifer Duffy (*\*pro hac vice to be filed*)
LAW OFFICES OF JENNIFER DUFFY APC
28649 S. Western Avenue, Suite 6571
Los Angeles, California 90734
Tel: (213) 212-2202
jennifer@usclassactions.com

*Attorneys for Plaintiff*

3

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 26, 2023, the foregoing *Stipulation for Extension of Time* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                */s/ Denise A. Dickerson*
                                                Denise A. Dickerson (#0064947)